## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENT PURCHASE,<br><br>              Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br><br>              Defendant. | Civil No. 15-cv-1075-JPG-CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for Medicare coverage as a disabled individual is **AFFIRMED**.

Judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff Kent Purchase.

**DATED**: September 20, 2017

                                          **JUSTINE FLANAGAN,**
                                          **Acting Clerk of Court**

                                          **BY: s/Tina Gray,**
                                                  **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**